# UNITED STATES DISTRICT COURT
for the

__Northern__ District of __Texas__

____Civil__ Division

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 JUL 31 P 2: 52
DEPUTY CLERK ___

Joyce R. Tanner
(Mother)
S.L.F.II
(minor child)

Case No. **3-17CV2019-L**

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Department of Children And Family Services Cps/Fbss,District 3   Casa of Hunt,  Quinlan ISD, West Tawakoni Police Department,*See Attached Sheet*

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Joyce R. Tanner |
   | Street Address | 200 Vanceville Dr. |
   | City and County | Quinlan Hunt |
   | State and Zip Code | Texas 75474 |
   | Telephone Number | 903-456-5535 |
   | E-mail Address | frfghtr652@yahoo.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Angela House |
| Job or Title *(if known)* | Principal D.C. Cannon Elementary/individual |
| Street Address | 315 Business Hwy 34 |
| City and County | Quinlan, Hunt |
| State and Zip Code | Texas 75474 |
| Telephone Number | 903-356-1300 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Lindsay Walker |
| Job or Title *(if known)* | Asisstant Principal/Individual |
| Street Address | 315 Business Hwy 34 |
| City and County | Quinlan, Hunt |
| State and Zip Code | Texas 75474 |
| Telephone Number | 903-356-1300 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Alicia Ernhart |
| Job or Title *(if known)* | Family Based Social Services Specialist 4/Individual |
| Street Address | 4717 Wesley St. |
| City and County | Greenville, Hunt |
| State and Zip Code | Texas 75401 |
| Telephone Number | 903-259-0878 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Aisha M. Coutain |
| Job or Title *(if known)* | Cps Caseworker/Individual |
| Street Address | 4717 Wesley St. |
| City and County | Greenville, Hunt |
| State and Zip Code | Texas 75401 |
| Telephone Number | 903-259-0878 |
| E-mail Address *(if known)* | |

Defendant List Attachment

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

UNITED STATES DISTRICT COURT
for the
Northern__District of_Texas____
Civil___Division

Attachment:Defendants List

Defendant No. 5

Name                 Judy Wheeler
Job or Title         Cps CaseworkerIV/Individual
Street Address       2500 Stonewall st.4th Floor
City and County      Greenville,Hunt
State and Zip Code   Texas 75403
903-453-1038

Defendant No.6

Name                 Brandon Kilpatrick
Job or Title         Chief of Police City of West Tawakoni/Individual
Street Address       1533 East HWY 276
City and County      West Tawakoni, Hunt
State and Zip Code   Texas 75474
Telephone Number     903-447-2285

Defendant No 7.

Name                 Holly Peterson
Job or Title         CPS Attorney/Individual
Street Address       2507 Lee St.
City and County      Greenville,Hunt
State and Zip Code   Texas 75403
Telephone Number     903-408-4112

Defendant No. 8

Name                 Jessica Edwards
Job or Title         Attorney/Individual
Street Address       2900 Lee St.
City and County      Greenville,Hunt
State and Zip Code   Texas 75401
Telephone Number     903-458-9108

Defendant No. 9

Name                 Elisha Hallis
Job or Title         Attorney Ad Litem/Individual
Street Address       2520 Lee St.
City and County      Greenville,Hunt
State and Zip Code   Texas 75401
Telephone Number     903-450-4410

Defendant List Attachment

Defendant No.10

Name: Samuel L. foster
Job or Title: Father/individual
Street Address: 6221 Spindle Drive
City and County: Houston, Harris
State and Zip Code: Texas 77086
Telephone Number: 469-251-8065

Defendant No. 11

Name: Kristene Blackstone
Job or Title: Assistant Commissioner DFPS/CPS/individual
Street Address: 701 W.51st St.
City and County: Austin, Travis
State and Zip Code: Texas 78751
Telephone Number: 800-252-5400

Defendant No. 12

Name: Quinlan Independant School District
Job or Tile: Education
Address: 401 E.Richmond Ave.
City and County: Quinlan, Hunt
State anmd Zip Code: Texas, 75474
Telephone Number: 903-356-1200

Defendant No. 13

Name: City Of West Tawakoni Police Department
Job or Title: Law Enforcement
Address: 1533 East HWY 276
City and County: West Tawakoni, Hunt
State and Zip Code: Texas, 75474
Telephone Number: 903-447-2285

Defendant No. 14

Name: City of West Tawakoni
Job or Title: Responsible for Police Dept. Conduct
Address: 1533 East HWY 276
City and County: West Tawakoni, Hunt
State and Zip Code: Texas, 75474
Telephone Number: 903-447-2285

Defendant No. 15

Name: CASA of Hunt
Job Or Title: court appointed lawyers and gaurdian for minor children
Address: 2520 Lee St.
City and County: Greenville, Hunt
State And Zip Code: Texas, 75401
Telephone Number: 903-450-4410

Defendant No. 16
Name: Texas Department of Family and Protective Services, DFPS, CPS, FBSS
Job or Title: Investigates accusations of abuse and neglect
Street Address: 701 W.51st St.
City and County: Austin, Travis
State and Zip Code: Texas 78751
Telephone Number: 800-252-5400

Defendant No. 17

Defendant List Attachment

| | |
|---|---|
| Name | Keli M. Aiken |
| Job or Title | Judge 354th Judicial District |
| Street Address | 2507 Lee St. |
| City and County | Greenville,Hunt |
| State and Zip Code | Texas.75474 |
| Telephone Number | 903-408-4194 |

Defendant No. 18

| | |
|---|---|
| Name | State of Texas-Ken Paxton |
| Job or Title | Office of the Attorney General |
| Street Address | 300 W 15th St. |
| City and County | Austin,Travis |
| State and Zip Code | Texas 78701 |
| Telephone Number | 512-463-2100 |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question         [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
2nd amendment right to keep and bear arms, 4th amendment unlawful search and seizure, 5th denied due process of law and forced to testify against oneself, 6th denied right to face acuser in court and to examine evidence, 9th amendment rights held by the individual which are to many to list, 14th amendment rights to privacy

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

\*See Attachment\*
The amount at stake in this case is $7,000,000,000.00 plus all interest and relief plaintiff is entitled to under the law. Defendants actions have been willful,intentional,malicious,oppressive,fraudulent,vindictive,gross recklessness,negligence, incompetence and extremely dangerous to the child and plaintiff. The defendants must be

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

D.C. Cannon Elementary School Quinlan,Texas 75474
200 Vanceville Dr. Quinlan,Texas 75474
354th Judicial District Court Sitting in Hunt County Greenville,Texas  Judge Keli Aiken Presiding

B. What date and approximate time did the events giving rise to your claim(s) occur?

November 20,2016 and continuing, time is unknown at this time

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

*See Attachment*

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

D.C. Cannon Elementary School Quinlan,Texas 75474
200 Vanceville Dr. Quinlan,Texas 75474
354th Judicial District Court Sitting in Hunt County Greenville,Texas  Judge Keli Aiken Presiding

B. What date and approximate time did the events giving rise to your claim(s) occur?

November 20,2016 and continuing, time is unknown at this time

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

UNITED STATES DISTRICT COURT
for the
Northern___District of_Texas_____
Civil___Division

Amount in Controversy Attachment

1.) The amount at stake in this case is $6,500,000,000.00 plus all interest and relief plaintiff is entitled to under the law.

2.) Defendants actions have been erroneous,willful,intentional,malicious, oppressive,fraudulent,vindictive,gross recklessness,negligence, incompetence and extremely dangerous to the child and plaintiff.

3.) The defendants must be deterred from this kind of behavior in the future to insure that the children of this state are protected from the defendants current and continuing behavior claiming it's in the best interest of the child.

Page 1

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

CPS,FBSS have made repeated visits to D.C.Cannon Elementary School and interrogated Samuel Lee Foster II without prior authorization from parent or guardian. The school failed to notify the family of cps and fbss coming to the school and the school and dfps both failed to get signed authorizations for the unwanted visits and interrogations and they denied both parent and child of their civil rights to privacy and against unwarranted search and seizures as well as the right to counsel being present during time of interrogations being done. The Principal Angela House and the Assistant Principle Lindsay Walker are responsible for allowing Alicia Ernhart from FBSS and Aisha Coutain From CPS to have unconstitutional access to the child for the purposes of gathering unlawful and coerced information from the child. all this after the school had already been told that they were not allowed to give dfps,cps,or fbss access to the child. the school is for educating not interrogating.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The amount of damage from the unlawful and unconstitutional removal of the child to the mother and child is immeasurable the prolong oppression in this case has unknown and unforseen mental damages that can not be determined at this time or if ever. the child has been placed on adderal xr for his behaviour which has never been tested on a child under the age of 6, the child's family history consist of heart problems and both cps and fbss workers were told this and casa of hunt who is representing the child has also been told and the medication the child is on at age 5 induces deadly heart attacks and they refuse to take him off of the medication which puts more unwanted stress and worry upon the plaintiff that the child could be killed at any time which will be construde as murder of the child. the plaintiff has suffered from depression and insomnia as a result of this unwanton act of revenge for her father throwing the dfps workers out of his home for verbally and mentally abusing her and making threats of unwanted legal problems and unwanted financial burdens if she and her family did not do exacty as they demanded.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*See Attachment*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

UNITED STATES DISTRICT COURT
for the
Northern__District of_Texas____
Civil___Division

Section V Relief Attachment

1.) Immediate return of Samuel Lee Foster II with all rights and privileges restored to the mother Joyce R. Tanner and all claims the state of Texas and Department of Family and Protective Services and CPS have be terminated effectively immediately and that they be ordered not to have any further contact with Joyce Tanner or her family.

2.) Request the court order an immediate investigation into this case against the Quinlan Independent School district,354th Judicial District,Department of Children and Family Services,CPS and FBSS,Casa of Hunt,West Tawakoni Police Department,DFPS district 3 for unlawful conduct and involvement of all listed parties and that all criminal charges be prosecuted at federal level including a charge of conspiracy against rights operating under the color of law. and that this case be investigated by the Federal Bureau of Investigation and the U.S. Attorney's office for possible violations under the R.I.C.O. Act.

3.) All licences held by the defendants to practice law,education be revoked for life and that the defendants can never be employed in any field relating to children due to the immenent danger they place children in.
And that the defendants not be allowed to hold any civil service job or public office.

Page 1

4.) The immediate removal of the Judge Keli M. Aiken from the bench and disbarment for life and never be allowed to hold another public office or any employment regarding the law or dealing with children.

5.) Termination of Samuel Lee Foster's parental rights on an E ground as a result of Family and Domestic Violence against Joyce R. Tanner and the child S.L.F.II and for minor child's name be changed after termination of rights.

6.) Punitive Damages for the sum of $5,000,000,000,000.00 for Deprivation of Rights under the color of law and for Conspiracy Against Rights under the color of law.

7.) Exemplary damages in the amount of $550,000,000.00 for the malicious, oppressive, fraudulent, wanton and grossly reckless acts of the defendants to cause unwanted and needless mental stress, anguish, financial burdens and hardship upon the plaintiff Joyce R. Tanner.

8.) Compensatory damages in the amount of $550,000,000.00 for emotional pain and suffering inflicted on a person with mental disabilities by the defendant which could result in future unknown treatment, unknown future medical treatment associated with the undue stress place upon the defendants body related to rapid wieght loss which can damage the internal organs of the body and can also cause heart related problems and strokes or aneurysm which the defendants family has a medical history of.

9.) Any and all other just and proper relief in this matter that the defendants are entitled to under the law.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/31/17

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff: Joyce R. Tanner

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

RECEIVED
JUL 31 2017
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

### I. (a) PLAINTIFFS
Joyce R. Tanner (Mother) S.L.F. II (Minor Child)

### DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff: Hunt
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*
3-17CV2019-L

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Tittle 42 USC 1983
Brief description of cause:
deprevation of rights under the color of law,conspiracy against rights under the color of law

### VII. REQUESTED IN COMPLAINT:
- ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 6,500,000,000.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: keli aiken 354th District court
DOCKET NUMBER: 84486

DATE: 7/31/17
SIGNATURE OF ATTORNEY OF RECORD: *Joyce R. Tanner*