IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOYCE R. TANNER, | § |
| Plaintiff, | § |
| v. | § Civil Action No. **3:17-CV-2019-L-BK** |
| ANGELA HOUSE, *et al.*, | § |
| Defendants. | § |

## ORDER

On August 10, 2017, United States Magistrate Judge Renée Harris Toliver entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court deny Plaintiff's Emergency Motion for Hearing (Doc. 6), filed July 31, 2017, which the magistrate judge construed as a motion for temporary restraining order ("TRO"). Plaintiff, who is proceeding *pro se*, did not file objections to the Report. After reviewing the motion, pleadings, file, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **denies** Plaintiff's Emergency Motion for Hearing (Doc. 6) and request for a TRO.

**It is so ordered** this 12th day of September, 2017.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**